JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TOWN OF APPLE VALLEY,

Plaintiff,

vs.

NATIONWIDE MUTUAL INSURANCE COMPANY, a Ohio Corporation, and DOES 1-25, inclusive,

Defendants.

Case No. 5:24-cv-1244-CV (SHKx)

**ORDER DISMISSING ACTION WITH PREJUDICE**

On March 9, 2026, the parties filed a joint stipulation to dismiss this action in its entirety with prejudice ("Stipulation"). Doc. # 72. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1.    The entirety of this action shall be DISMISSED WITH PREJUDICE;

2.    All parties shall bear their respective attorney fees and costs in this action.

**IT IS SO ORDERED**.

Dated: May 12, 2026

By *Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1